|          |                                                                 |
|----------|-----------------------------------------------------------------|
| To:      | The Honorable Graham C. Mullen<br>Senior U.S. District Court Judge |
| From:    | Corey Lapointe<br>U.S. Probation Officer                        |
| Subject: | Damon Ragin<br>Case Number: 3:98-cr-00294<br>OUT-OF-COUNTRY TRAVEL |
| Date:    | 12/3/2018                                                       |



NORTH CAROLINA WESTERN
MEMORANDUM

Damon Ragin commenced his supervision in the Western District of North Carolina on October 30, 2015. He has requested permission to travel to the city of Morelia located in Michoacan, Mexico, to visit his girlfriend's family for Christmas. If approved, Mr. Ragin would travel via American Airlines with a departure date of December 21, 2018 and a return date of December 28, 2018.

Mr. Ragin has been compliant on supervised release, and the probation office has no objection to this request.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-249-5407, should you have any questions.

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: December 3, 2018

*Graham C. Mullen*
Graham C. Mullen
United States District Judge